So believing, this cause is reversed and bail granted in the sum of $7,500, conditioned as required by law.

## EVANS v. STATE.
### No. 23277.

Court of Criminal Appeals of Texas.
Jan. 30, 1946.

B. F. Patterson, of San Antonio, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was assessed a penalty of ten years in the penitentiary on a conviction for murder.

The record is before this court without bills of exception or a statement of facts. The proceedings appear regular and nothing is presented for our consideration.

The judgment of the trial court is affirmed.